

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00083-CR

AMANDA DAWN MCCAREY                                    APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On February 25, 2014, Appellant Amanda Dawn McCarey filed a notice of appeal from the trial court's "Supplement/Amendment to Conditions of Community Supervision." On March 10, 2014, we notified McCarey that it appears we lack jurisdiction over this matter because the trial court has not entered any appealable orders. We advised that this appeal could be dismissed

---

[1]*See* Tex. R. App. P. 47.4.

unless she, or any party desiring to continue the appeal, filed a response showing grounds for continuing the appeal on or before March 20, 2014. No response has been filed.

We generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, the appeal is ordered dismissed for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 17, 2014